## Commonwealth *v.* Levy, Appellant.

Argued March 5, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (WOODSIDE, J., absent).

*Harvey Gelb,* with him *Morris B. Gelb,* for appellant.

*Thomas J. Foley,* Assistant District Attorney, with him *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 21, 1962:

The judgment of sentence of the court below is affirmed on the opinion of Judge NEALON of the Court of

Quarter Sessions of Lackawanna County, as reported in 26 Pa. D. & C. 2d 429.